■ JASON LARA, an Infant, by His Father and Natural Guardian, EUGENE LARA, et al., Appellants, v WEST 109TH STREET REALTY CORP. et al., Respondents.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on or about February 9, 1988, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on or about February 8, 1988 is unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ross, Carro, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PINIERO, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on August 17, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on April 29, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Milonas, Ellerin, Smith and Rubin, JJ.